

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00180-CV

Denise **GARZA**,
Appellant

v.

**ECKERT IG LLC ECKERT HEIGHTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025CV00546
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We order all costs of this appeal to be taxed against appellant.

SIGNED June 18, 2025.

_____
Lori Massey Brissette, Justice